# UNITED STATES DISTRICT COURT
for the
District of
Division

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2020 AUG -6 P 4: 54

DEPUTY CLERK

Daniel L Chase
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

City of Bangor
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Daniel L Chase |
| Street Address | 177 Brann Road |
| City and County | Levant Penobscot county |
| State and Zip Code | Maine 04456 |
| Telephone Number | (207) 217-9768 |
| E-mail Address | |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Bangor |
| Job or Title _(if known)_ | Police department |
| Street Address | 240 Main street |
| City and County | Bangor Penobscot County |

| | |
|---|---|
| State and Zip Code | Maine 04401 |
| Telephone Number | (207) 947-7382 |
| E-mail Address *(if known)* | bangor.police@bangormaine.gov |

Defendant No. 2
| | |
|---|---|
| Name | Jeffrey Kinney |
| Job or Title *(if known)* | officer |
| Street Address | 240 Main street |
| City and County | Bangor Penobscot County |
| State and Zip Code | Maine 04401 |
| Telephone Number | (207) 947-7382 |
| E-mail Address *(if known)* | bangor.police@bangormaine.gov |

Defendant No. 3
| | |
|---|---|
| Name | Daniel Place |
| Job or Title *(if known)* | officer |
| Street Address | 240 Main street |
| City and County | Bangor Penobscot County |
| State and Zip Code | Maine 04401 |
| Telephone Number | (207) 947-7382 |
| E-mail Address *(if known)* | bangor.police@bangormaine.gov |

Defendant No. 4 and more
| | |
|---|---|
| Name | David Farrarr, |
| Job or Title *(if known)* | |
| Street Address | 240 Main street |
| City and County | Bangor Penobscot County |
| State and Zip Code | Maine 04401 |
| Telephone Number | (207) 947-7382 |
| E-mail Address *(if known)* | mark.hathaway@bangormaine.gov |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*
   X   Federal question          ☐ Diversity of citizenship
   ☐

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st amendment, 4th amendment. 5th amendment, 8th amendment, 9th amendment, 10th amendment, 13th amendment, 14th amendment, 18 USC § 241, 18 USC § 242. the RICO act 18 USC CHAPTER 96, 18 USC §1503, 18 USC §1510, 18 USC § 1511, 18 USC § 1512, 18 USC 18 USC § 1546, 18 USC § 1951, and 18 USC § 1957, 18 U.S. Code § 1962. 42 USC § 1985, 28 CFR § 35.104, 28 CFR § 35.105, 28 CFR § 35.130, and 28 CFR § 35.160, and § 504 of the Rehabilitation Act

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Daniel L Chase, is a citizen of the State of *(name)* Maine.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation
       The defendant, *(name)* City of Bangor, is incorporated under the laws of the State of *(name)* Maine, and has its principal place of business in the State of *(name)* Maine.
       Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

1. $5,000,000 for pain, suffering, and intentional infliction of emotional distress.
2. $15,000,000 in punitive damages for committing acts of torture.
3. $10,000,000 in punitive damages for falsifying evidence or destroying evidence.
4. $5,000,000 in punitive damages for violating Brady/Giglio by withholding evidence.
5. $15,000,000 in punitive damages for the conspiracy to falsify 2 police reports between BPD officer Kinney and deputy Buzzell.
6. $500,000 in punitive damages for officer Kinney act of witness tampering,
7. $25,000,000 in punitive damages for the officers violating Mr. Chase's due process rights.
8. $20,000,000 in punitive damages for repeatedly and maliciously violating multiple ADA rights.
9. The statutory declared amount of damages for each individual violation of Mr. Chase's ADA rights.
10. $20,000,000 in punitive damages for Rico act violation by officers declaring intent to murder Mr. Chase.
11. $10,000,000 in punitive damages for the police investigation that refused to acknowledge police misconduct.
12. $20,000 + for required expert fees. The final amount is yet to be determined.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
This happened at 1850 Broadway in Bangor Maine on or about 4-16-2018

Mr. Chase who has a fused spine was repeatedly assaulted by Bangor officers instead of receiving effective ADA communications for his nonverbal learning disability (autism spectrum) despite asking every 11 seconds to know why for 3 minutes. Mr. Chase's fused spine was repeatedly injured by multiple police officers despite Mr. Chase peacefully asking why he was being assaulted and saying he had 6 fused vertebrae. Mr. Chase's comprehension issues needed ADA accommodations instead of physical attacks.

See the attached 6 page 37 Part III statement of claim.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached IV Relief document

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-06-2020

Signature of Plaintiff: Daniel L Chase
Printed Name of Plaintiff: Daniel L Chase

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Additional defendants list:

Dylan Hall,
Jermaine Walker,
Michael Pina,
J. Stuart, Mark Hathaway,
other unknown officers
All the above are police officers working at Bangor Police Department 240 Main street Bangor Maine 207-947-7382


Steven Buzzell, deputy of Penobscot County Sheriff Department at 85 Hammond Street in Bangor, Maine