UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL L. CHASE, | ) |
| Plaintiff, | ) |
| v. | ) 1:20-cv-00287-JAW |
| CITY OF BANGOR, et al., | ) |
| Defendants | ) |

**ORDER ON MOTION FOR CLARIFICATION**

Plaintiff asks for clarification about a rule of procedure. (Motion, ECF No. 10.) The Court grants Plaintiff's request for clarification.

Plaintiff asserts that he intends to prepare a pretrial brief, but he does not fully understand the requirements of a rule of procedure that Plaintiff evidently believes governs his planned brief. The rule Plaintiff cites is Federal Rule of Appellate Procedure 32.

To clarify, Federal Rule of Appellate Procedure 32 does not apply to pretrial filings in this Court. The Rule governs the filing of briefs before the First Circuit Court of Appeals. If Plaintiff wants to file a pretrial request for relief in this Court, Plaintiff can file a motion in accordance with Federal Rule of Civil Procedure 7 and District of Maine Local Rule 7.

Upon review of the docket, the Court notes that Plaintiff has not filed proof that the amended complaint has been served on any of the defendants. The time by which Plaintiff

must complete and file proof of service upon the defendants is extended to February 12, 2021.

## **NOTICE**

Any objections to this order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 22nd day of December, 2020.